AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Wilmington PT Corp.<br><br>*Plaintiff(s)*<br>v.<br>Judith Gray, Daniel Ricketts, Hyacinth Ricketts, Boro Fuel Oil Company, Inc., New York City Parking Violations Bureau and New York City Environmental Control Board<br>*Defendant(s)* | Civil Action No.   19cv1675 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Judith Gray
1505 E. 48th Street
Brooklyn, NY 11234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Margolin & Weinreb Law Group, LLP
165 Eileen Way, Suite 101
Syosset, NY 11791

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  3/25/2019         /s/Priscilla Bowens
                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the  
Eastern District of New York

| | |
|---|---|
| Wilmington PT Corp. <br><br> *Plaintiff(s)* <br> v. <br> Judith Gray, Daniel Ricketts, Hyacinth Ricketts, Boro Fuel Oil Company, Inc., New York City Parking Violations Bureau and New York City Environmental Control Board <br> *Defendant(s)* | Civil Action No.  19cv1675 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel Ricketts  
1505 E. 48th Street  
Brooklyn, NY 11234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Margolin & Weinreb Law Group, LLP  
165 Eileen Way, Suite 101  
Syosset, NY 11791

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER  
*CLERK OF COURT*

Date:  3/25/2019

/s/Priscilla Bowens  
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Wilmington PT Corp. <br><br> *Plaintiff(s)* <br> v. <br> Judith Gray, Daniel Ricketts, Hyacinth Ricketts, Boro Fuel Oil Company, Inc., New York City Parking Violations Bureau and New York City Environmental Control Board <br> *Defendant(s)* | Civil Action No. 19cv1675 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hyacinth Ricketts
1505 E. 48th Street
Brooklyn, NY 11234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Margolin & Weinreb Law Group, LLP
165 Eileen Way, Suite 101
Syosset, NY 11791

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 3/25/2019

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Wilmington PT Corp. <br><br> *Plaintiff(s)* <br> v. <br> Judith Gray, Daniel Ricketts, Hyacinth Ricketts, Boro Fuel Oil Company, Inc., New York City Parking Violations Bureau and New York City Environmental Control Board <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  19cv1675 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Boro Fuel Oil Company, Inc.
6717 4th Avenue
Brooklyn, NY 11220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Margolin & Weinreb Law Group, LLP
165 Eileen Way, Suite 101
Syosset, NY 11791

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 3/25/2019

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Wilmington PT Corp. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 19cv1675 | |
| Judith Gray, Daniel Ricketts, Hyacinth Ricketts, Boro Fuel Oil Company, Inc., New York City Parking Violations Bureau and New York City Environmental Control Board | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* New York City Parking Violations Bureau
100 Church Street, New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Margolin & Weinreb Law Group, LLP
165 Eileen Way, Suite 101
Syosset, NY 11791

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 3/25/2019

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Wilmington PT Corp. <br><br> *Plaintiff(s)* <br> v. <br> Judith Gray, Daniel Ricketts, Hyacinth Ricketts, Boro Fuel Oil Company, Inc., New York City Parking Violations Bureau and New York City Environmental Control Board <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  19cv1675 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  New York City Environmental Control Board i
1250 Broadway, 7th Floor, New York, NY 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Margolin & Weinreb Law Group, LLP
165 Eileen Way, Suite 101
Syosset, NY 11791

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  3/25/2019                                    /s/Priscilla Bowens
                                                    *Signature of Clerk or Deputy Clerk*

