

ALAN WEINREB, ESQ.   C. LANCE MARGOLIN, ESQ.   CYNTHIA A. NIERER, ESQ.

165 Eileen Way, Suite 101
Syosset, New York 11791

T. (516) 921-3838
F. (516) 921-3824
www.nyfclaw.com

November 16, 2022

*Via ECF*
The Honorable Magistrate Judge Taryn A. Merkl
United States District Court—E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Wilmington PT Corp. v. Gray, et al., 19-cv-01675-AMD-TAM

Dear Magistrate Judge Merkl:

    We represent the Plaintiff in the above-referenced matter. Please accept this Status Report pursuant to Your Honor's September 20, 2022 Order. Plaintiff is still in the process of preparing the Deed In Lieu Agreement package for Defendant's review and execution. Unfortunately, there was a delay due to a title issue that was required to be resolved before proceeding. That issue has been resolved.

    As such, we respectfully request that we be permitted to file a further status report in 60 days. We thank the Court for its review our submission.

                                  Respectfully Submitted,

                     By:    */s/Alan H. Weinreb*
                              Alan H. Weinreb, Esq.

cc: Alexander Knipenberg, Esq., attorney for Defendant

**WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

The Margolin & Weinreb Law Group, LLP may be a debt collector attempting to collect a debt and any information obtained may be used for that purpose. If you are in a pending bankruptcy proceeding, The Margolin & Weinreb Law Group, LLP will take no action, except as allowed under the Bankruptcy Code. If you received a Chapter 7 discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement against the collateral property.

