

**MARGOLIN, WEINREB & NIERER, LLP**

C. LANCE MARGOLIN, ESQ.    ALAN WEINREB, ESQ.    CYNTHIA A. NIERER, ESQ.

April 2, 2024

<u>Via ECF</u>
The Honorable Ann M. Donnelly
United States District Court—E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Wilmington PT Corp. v. Gray, et al., 19-cv-01675-AMD-TAM</u>

Dear Judge Donnelly:

We represent Wilmington PT Corp. ("Plaintiff") in the above-referenced foreclosure action. Please accept this letter as a status report. Plaintiff has reached out to Defendant's counsel several times to discuss if Defendant is interested in pursuing resolution of this action by way of a deed in lieu, as discussed at the conference before Your Honor on January 25, 2024. However, we have not heard back from Defendant, which is the reason for the delay of the filing of the within letter, which we apologize for.

In light thereof, Plaintiff intends to proceed with its Motion for summary judgment pursuant to the schedule entered by the Court, unless there is a change in Defendant's circumstance regarding resolution prior to that time, in which case we will advise the Court forthwith.

We thank the Court for its review of our submission.

Respectfully Submitted,

By: <u>/s/Alan H. Weinreb</u>
Alan H. Weinreb, Esq.

cc:   Alexander Knipenberg, Esq., attorney for Defendant (via ECF)

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

165 EILEEN WAY, SUITE 101    SYOSSET, NEW YORK 11791    T. (516) 921-3838    F. (516) 921-3824    WWW.NYFCLAW.COM